UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER VAN WAGONER,<br><br>              Plaintiff(s),<br><br>vs.<br><br>STATE OF NEVADA, DEPARTMENT OF CORRECTIONS,<br><br>              Defendant(s). | Case No. 2:15-cv-00310-APG-NJK<br><br>ORDER DENYING PROPOSED DISCOVERY PLAN<br><br>(Docket No. 16) |

       Pending before the Court is the parties' Proposed Discovery Plan and Scheduling Order, Docket No. 16, which is **DENIED** for the reasons discussed below.

       First, proposed discovery plans must state the date on which the first defendant answered or otherwise appeared. Local Rule 26-1(e)(1). The parties failed to do so.

       Second, proposed discovery plans must state the number of days sought for discovery <u>calculated from the date the first defendant answers or otherwise appears</u>. Local Rule 26-1(e)(1). The parties failed to do so, and instead state the discovery period in terms of the number of days calculated from the date of the Rule 26(f) conference. *See* Docket No. 16 at 4.

       Third, the presumptively reasonable discovery period is 180 days <u>calculated from the date the first defendant answers or otherwise appears</u>. *See* Local Rule 26-1(e)(1). When the parties seek a longer discovery period, they must indicate "SPECIAL SCHEDULING REVIEW REQUESTED" on the face of the proposed discovery plan. Local Rule 26-1(d). The parties failed to do so, and instead indicate

1 that the discovery plan is "SUBMITTED IN COMPLIANCE WITH LR-26-1(E)" despite seeking more
2 than 180 days of discovery when properly calculated.
3     Fourth, when a discovery period is sought that is longer than 180 days calculated from the date
4 the first defendant answers or otherwise appears, the parties must provide a statement of the reason(s)
5 why they seek a longer time period.  Local Rule 26-1(d).  The parties failed to do so.
6     For the reasons discussed more fully above, the parties' proposed discovery plan is **DENIED**.
7 The parties shall file, no later than May 15, 2015, a proposed discovery plan that complies with the
8 applicable local rules.
9     IT IS SO ORDERED.
10     DATED: May 8, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge