# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER VAN WAGONER,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>STATE OF NEVADA, DEPARTMENT OF CORRECTIONS,<br><br>　　　　　Defendant(s). | Case No. 2:15-cv-00310-APG-NJK<br><br>ORDER<br><br>(Docket No. 22) |

Pending before the Court is Plaintiff's counsel's motion to withdraw. Docket No. 22. For good cause shown, the motion to withdraw is hereby **GRANTED**. The Clerk's Office shall update the docket to reflect Plaintiff's last known address, as stated in Docket No. 22 at 4.

In light of this order, Plaintiff is now proceeding in this action *pro se*. Plaintiff is reminded that parties proceeding without an attorney are required to follow applicable rules and Court orders. *See, e.g.*, *Ghazali v. Moran*, 46 F.3d 52, 54 (9th Cir. 1995) (per curiam). The Court wishes to highlight to Plaintiff that she remains required to comply with Judge Leen's order that a stipulation to dismiss or joint status report must be filed no later than July 30, 2015. *See* Docket No. 21. To that end, Plaintiff's withdrawing counsel of record are hereby **ORDERED** to file, no later than July 22, 2015, a proof of service that they have served Plaintiff with Judge Leen's minutes at Docket No. 21.

IT IS SO ORDERED.

DATED: July 21, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge