**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| JENNIFER VAN WAGONER, | Case No. 2:15-cv-00310-APG-NJK |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| STATE OF NEVADA, DEPARTMENT OF CORRECITONS, | |
| Defendant. | |

This matter is before the Court on Defendant's Status Report (Dkt. #25) filed July 30, 2015. This matter is referred to the undersigned pursuant to 28 U.S.C. § 636 and LR 16-6 of the Local Rules of Practice.

The Court's Order (Dkt. #14) scheduled an Early Neutral Evaluation ("ENE") Conference in this case for June 25, 2015, at 9:30 AM before the undersigned. The parties reached a settlement during the ENE Conference and a telephonic status check was set for July 16, 2015. *See* Mins. of Proceedings (Dkt. #20). During the telephonic status check, the parties informed the Court that they had exchanged drafts of a settlement agreement and a revised draft was pending Plaintiff's review and approval. *See* Mins. of Proceedings (Dkt. #21). The Court ordered the parties to execute a finalized settlement agreement and file a stipulation to dismiss or a joint status report by July 30, 2015. *Id*.

On July 21, 2015, Plaintiff's counsel filed a Motion to Withdraw as Attorney (Dkt. #22), which the Honorable Magistrate Judge Nancy J. Koppe granted. *See* Order (Dkt. #23). On July 30, 2015, Defendant filed a Status Report (Dkt. #25) indicating that Plaintiff stated that she "is not willing to sign the settlement agreement as it is written, that she is seeking a new attorney, and that she hopes to retain one by the beginning of the week starting July 27, 2015." Defendant had not heard from Plaintiff nor her new counsel as of the date of the Status Report.

1

To date, no new counsel for Plaintiff has appeared in this case, and Defendant has not filed a motion to enforce settlement.

Accordingly,

**IT IS ORDERED**

1. This case shall be returned to the normal litigation track.
2. The deadlines imposed by Magistrate Judge Koppe in the Scheduling Order (Dkt. #19) remain in full force and effect.

                                            PEGGY A. LEEN
                                            UNITED STATES MAGISTRATE JUDGE